UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CLANIAH HARTS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. 2:21-cv-01696-BAT

**ORDER REVERSING AND REMANDING**

    The Court GRANTS the stipulated motion to reverse and remand this matter and hereby ORDERS:

    1.    This case is reversed and remanded for further administrative proceedings for an administrative law judge (ALJ) to issue a new decision under sentence four of 42 U.S.C. § 405(g).

    2.    On remand, the Appeals Council will instruct a new ALJ to:

    a.    Further develop the record and:

    b.    Obtain evidence from a medical expert related to Plaintiff's physical impairments, including her alleged fibromyalgia and follow the guidance in Social Security Ruling 12-2p;

ORDER REVERSING AND REMANDING - 1

     c.     Reevaluate the medical and nonmedical opinions of record in accordance with 20 C.F.R. § 416.927;

     d.     Reevaluate Plaintiff's maximum residual functional capacity;

     e.     Reconsider Plaintiff's subjective allegations pursuant to 20 C.F.R. § 416.929;

     f.     If warranted by the expanded record, obtain supplemental evidence from a vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform work available in significant numbers in the national economy, and resolving any inconsistencies with the Dictionary of Occupational Titles.

Additionally, based upon the parties' stipulated agreement to remand, Plaintiff may apply for and may be awarded reasonable attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 9th day of June, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge